IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA FOWLER, | : | CIVIL ACTION |
| | : | NO. 23-1033 |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| PROGRESSIVE INSURANCE, | : | |
| | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **11th** day of **April, 2023,** upon receipt of the motion to dismiss filed by Progressive Insurance (ECF No. 5), and having received no response from Plaintiff within the time allotted by Local Rule of Civil Procedure 7.1(c), it is hereby **ORDERED** that the motion (ECF No. 5) is **GRANTED as unopposed.** All claims by Plaintiff against Progressive Insurance are **DISMISSED without prejudice.**

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**