**FORRY ULLMAN**
JAMES W. WATSON, ESQUIRE
Attorney ID No. 76277
661 Moore Road, Suite 202
King of Prussia, PA 19406
610-977-2975
jwatson@forryullman.com
*Attorney for Defendant, Progressive Advanced Insurance Company, incorrectly designated as Progressive Insurance*

IN THE UNITED STATES OF DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA FOWLER | : | |
| | : | |
| Plaintiff | : | |
| v. | : | No. 2:23-cv-1033 |
| | : | |
| PROGRESSIVE INSURANCE COMPANY | : | |
| | : | |
| | : | CIVIL ACTION |
| Defendant | : | JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly enter my appearance as co-counsel on behalf of Defendant, Progressive Advanced Insurance Company, incorrectly designated as Progressive Insurance in the above-captioned matter.

                        **FORRY ULLMAN**

BY:   s/ JAMES W. WATSON
                        JAMES W. WATSON, ESQUIRE
                        *Attorneys for Defendant,*
Date: 4/12/2023         *Progressive Advanced Insurance Company*

**FORRY ULLMAN**
JAMES W. WATSON, ESQUIRE
Attorney ID No. 76277
661 Moore Road, Suite 202
King of Prussia, PA 19406
610-977-2975
jwatson@forryullman.com
*Attorney for Defendant, Progressive Advanced Insurance Company, incorrectly designated as Progressive Insurance*

IN THE UNITED STATES OF DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLORIA FOWLER | : |
| Plaintiff | : |
| v. | : No. 2:23-cv-1033 |
| PROGRESSIVE INSURANCE COMPANY | : |
| | : CIVIL ACTION |
| Defendant | : JURY TRIAL DEMANDED |

## JURY DEMAND AS TO COUNTS 1 AND 2, ONLY

Defendant, Progressive Advanced Insurance Company, incorrectly designated as Progressive Insurance hereby demands trial as to Counts 1 and 2, only, in above-captioned matter by a jury of eight (8).

**FORRY ULLMAN**

BY:   s/ JAMES W. WATSON
      _____
      JAMES W. WATSON, ESQUIRE
      *Progressive Advanced Insurance Company*

Date: 04/12/2023

**FORRY ULLMAN**
JAMES W. WATSON, ESQUIRE
Attorney ID No. 76277
661 Moore Road, Suite 202
King of Prussia, PA 19406
610-977-2975
jwatson@forryullman.com
*Attorney for Defendant, Progressive Advanced Insurance Company, incorrectly designated as Progressive Insurance*

IN THE UNITED STATES OF DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA FOWLER | : | |
| | : | |
| Plaintiff | : | |
| v. | : | No. 2:23-cv-1033 |
| | : | |
| PROGRESSIVE INSURANCE COMPANY | : | |
| | : | |
| | : | CIVIL ACTION |
| Defendant | : | JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, James W. Watson, Esquire, do hereby certify that the foregoing Entry of Appearance and Jury Demand were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's ECF electronic notification and e-mail system. Parties may access this filing through the Court's system.

**FORRY ULLMAN**

BY: s/ JAMES W. WATSON
_____
JAMES W. WATSON, ESQUIRE
*Attorneys for Defendant,*
*Progressive Advanced Insurance Company*

Date: 04/12/2023