```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLORIA FOWLER,                  :    CIVIL ACTION
                                :    NO. 23-1033
        Plaintiff               :
    v.                          :
                                :
PROGRESSIVE INSURANCE,          :
                                :
        Defendant.              :
```

## ORDER

**AND NOW**, this **1st** day of **June, 2023,** seeing as the Court granting Defendant's motion to dismiss on April 11, 2023 (ECF No. 6), and seeing as there has been no further activity, the Clerk of Court is directed to mark this case **CLOSED.**

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**